# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| United States of America | ) | |
| --- | --- | --- |
| v. | ) | |
| SIGMUND DIAOLA JAMES, a/k/a "Sig" | ) | Case No: 5:08-944-001-MBS |
| | ) | USM No: 17206-171 |
| Date of Original Judgment: 8/25/10 | ) | |
| Date of Previous Amended Judgment: 7/8/13 | ) | Pro Se |
| *(Use Date of Last Amended Judgment if Any)* | | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO § 404 OF THE FIRST STEP ACT OF 2018

Upon motion of  ■ the defendant  ❐ the Director of the Bureau of Prisons  ❐ the court

for a reduction in the term of imprisonment imposed based on § 404 of the First Step Act of 2018, and having considered such motion, and taking into account the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

■ DENIED.  ❐ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____ .

*(Complete Parts I and II of Page 2 when motion is granted)*

The defendant does not qualify for a reduced guidelines sentence or term of supervised release because the Fair Sentencing Act, as made retroactive by the First Step Act, did not reduce the statutory penalties associated with convictions involving 5 kilograms or more of cocaine.

Except as otherwise provided, all provisions of the judgment dated 7/8/13 shall remain in effect.
**IT IS SO ORDERED**.

Order Date: November 25, 2019

/s/ Margaret B. Seymour
*Judge's signature*

Effective Date: _____
*(if different from order date)*

Margaret B. Seymour, Senior United States District Judge
*Printed name and title*